## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Autozone Parts, Inc.,

        Plaintiff,          Civil No. 09-351 (RHK/RLE)

vs.

**ORDER**

Joel Barrick, d/b/a Minnesota Auto Zone,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  February 17, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge